McCormick Coal Company, Inc., Appellant, *v.* Schubert.

Argued October 1, 1954. Before STERN, C. J., STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.

312

*Carmen V. Marinaro,* for appellant.

*J. C. Brandon,* with him *Brandon, Millar, Rocken-stein & MacFarlane,* for appellee.

OPINION PER CURIAM, November 8, 1954:
The judgment of the court below is affirmed on the opinion of Judge GRAFF, specially presiding.